Thomas P. Riley, SBN 194706
LAW OFFICES OF THOMAS P. RILEY, P.C.
First Library Square
1114 Fremont Avenue
South Pasadena, CA 91030-3227

Tel: 626-799-9797
Fax: 626-799-9795
TPRLAW@att.net

Attorneys for Plaintiff
Innovative Sports Marketing, Inc.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| Innovative Sports Marketing, Inc., | CASE NO. CV 07-5123 MHP |
|---|---|
| Plaintiff, | STIPULATION OF DISMISSAL OF PLAINTIFF'S COMPLAINT AGAINST DEFENDANTS ALBERTO AMARO and SANDRA P. AMARO, individually and d/b/a TAQUERIA LA RAZA |
| vs. | |
| Alberto Amaro, et al. | |
| Defendants. | |

**IT IS HEREBY STIPULATED** by and between Plaintiff INNOVATIVE SPORTS MARKETING, INC. and Defendants ALBERTO AMARO and SANDRA P. AMARO, individually and d/b/a Taqueria La Raza, that the above entitled action is hereby dismissed **without prejudice** against ALBERTO AMARO and SANDRA P. AMARO, individually and d/b/a Taqueria La Raza and subject to the Court's jurisdiction to enforce the settlement agreement reached between the Parties.

**IT IS FURTHER STIPULATED** that provided no Party referenced above has filed a motion to reopen this action by February 18, 2008, this Court shall *not* have jurisdiction to set aside the dismissal and the dismissal shall be deemed to be **with prejudice**.

This dismissal is made pursuant to Federal Rules of Civil Procedure 41(a)(1). Each Party referenced-above shall bear its own attorneys' fees and costs.

Dated: January 7, 2008

/s/ Thomas P. Riley
**LAW OFFICES OF THOMAS P. RILEY, P.C.**
By: Thomas P. Riley
Attorneys for Plaintiff
INNOVATIVE SPORTS MARKETING, INC.

Dated: 1-7-08

**LAW OFFICES OF ELIAS Z. SHAMIEH**
By: Elias Z. Shamieh
Attorneys for Defendants
ALBERTO AMARO and SANDRA P. AMARO, individually and d/b/a TAQUERIA LA RAZA

IT IS SO ORDERED:

Dated: _____

_____
The Honorable Marilyn Hall Patel
United States District Court
Northern District of California

STIPULATION OF DISMISSAL
CV 07-5123 MHP
PAGE 2

## PROOF OF SERVICE (SERVICE BY OVERNIGHT MAIL)

I declare that:

I am employed in the County of Los Angeles, California. I am over the age of eighteen years and not a party to the within cause; my business address is First Library Square, 1114 Fremont Avenue, South Pasadena, California 91030. I am readily familiar with this law firm's practice for collection and processing of correspondence/documents for mail in the ordinary course of business.

On January 7, 2008, I served:

**STIPULATION OF DISMISSAL OF PLAINTIFF'S COMPLAINT AGAINST DEFENDANTS ALBERTO AMARO and SANDRA P. AMARO, individually and d/b/a TAQUERIA LA RAZA**

On all parties in said cause by enclosing a true copy thereof in a sealed envelope with postage prepaid and following ordinary business practices, said envelope was duly mailed and addressed to:

| | |
|---|---|
| Mr. Elias Z. Shamieh, Esquire | Attorneys for Defendants |
| Law Offices of Elias Z. Shamieh | Alberto Amaro and Sandra P. Amaro |
| 703 Market Street, Suite 1700 | individually and d/b/a |
| San Francisco, CA 94103 | Taqueria La Raza |

I declare under the penalty of perjury pursuant to the laws of the United States that the foregoing is true and correct and that this declaration was executed on January 7, 2008, at South Pasadena, California.

Dated: January 7, 2008

/s/ Inesa Mamidjanyan
INESA MAMIDJANYAN